# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 21-1768

———————————————

United States of America

*Plaintiff - Appellee*

v.

Oscar Ernesto Martinez Florez, also known as Pedro, also known as Oscar Escobar Martinez

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Southern District of Iowa - Central

——————————

Submitted: November 12, 2021
Filed: November 15, 2021
[Unpublished]

——————————

Before GRUENDER, SHEPHERD, and KOBES, Circuit Judges.

——————————

PER CURIAM.

Oscar Ernesto Martinez Florez appeals the sentence the district court[1] imposed after he pleaded guilty to drug and firearm offenses.  His counsel has moved to

_____

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.

withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the sentence as substantively unreasonable.

Having reviewed the record under a deferential abuse-of-discretion standard of review, *see Gall v. United States*, 552 U.S. 38, 41, 51 (2007), we conclude the district court did not impose an unreasonable sentence. The court properly considered the factors set forth in 18 U.S.C. § 3553(a), and there is no indication that the court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing relevant factors. *See United States v. Feemster*, 572 F.3d 455, 461-62, 464 (8th Cir. 2009) (en banc); *see also United States v. Dunn*, 928 F.3d 688, 694 (8th Cir. 2019). We have independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal.

Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

_____